

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00515-CV

**IN THE INTEREST OF W.T.H., A CHILD**

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-06-00217-CVK
Honorable Russell H. Wilson, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Jason Pulliam, Justice

Delivered and Filed:  October 5, 2016

DISMISSED

Kevin[1] appeals the trial court's bill of review setting aside a prior judgment of the court. The trial court signed the order setting aside its prior judgment on October 27, 2015. On August 5, 2016, Kevin filed a notice of appeal. We ordered Kevin to file a response by September 19, 2016, showing why this appeal should not be dismissed for want of jurisdiction and advised him the appeal would be dismissed if he failed to satisfactorily respond within the time provided. Kevin did not file a response. We therefore dismiss this appeal. *See* TEX. R. APP. P. 42.3(a), (c).

PER CURIAM

---

[1] To protect the identity of the minor child, we refer to the child's parent by his first name and to the child by the child's initials. *See* TEX. R. APP. P. 9.9(a)(3).